S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
AMY E. POTTER
Amy.potter@usdoj.gov
Assistant United States Attorney
405 E. 8th Avenue, Ste 2400
Eugene, Oregon  97401-2708
United States Attorney's Office
Telephone:  541-465-6356
Facsimile:   541-465-6917

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>63055 COAL CREEK ROAD, COOS BAY, COOS COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS, *in rem*,<br><br>Defendant. | COMPLAINT IN REM FOR FORFEITURE |

Plaintiff, United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Amy Potter, Assistant United States Attorney, for its complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendant, *in rem*, 63055 Coal Creek Road, Coos Bay, Coos County, State and District of Oregon, real property with buildings, appurtenances and improvements and more particularly described as follows:

> A PARCEL OF LAND IN THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 26 SOUTH, RANGE 13 WEST OF THE WILLAMETTE MERIDIAN IN COOS COUNTY, OREGON BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT WHICH IS 819.72 FEET SOUTH AND 220.03 FEET EAST OF THE NORTH QUARTER CORNER OF SAID SECTION 10 AND RUNNING THEN WEST 214.67 FEET MORE OR LESS TO THE WEST LINE OF SAID NORTHWEST QUARTER OF THE NORTHEAST QUARTER; THEN NORTH 0°24' WEST 221.24 FEET MORE OR LESS TO A POINT 598.5 FEET SOUTH 0°24' EAST OF THE SAID NORTH CORNER; THEN EASTERLY ALONG THE NORTH LINE OF THAT PROPERTY RECORDED IN THE NAME OF FLOYD AND BETTY MAE RICE IN VOLUME 281, PAGE 582, ON OCTOBER 28, 1960, COOS COUNTY DEED RECORDS, 393.39 FEET; THEN SOUTH 29 FEET MORE OR LESS TO THE NORTH BOUNDARY OF A 50 FOOT WIDE ROADWAY; THEN NORTH 88°44' WEST 35.37 FEET ALONG SAID NORTH BUNDARY TO THE BEGINNING OF A 127.31 FOOT RADIUS CURVE LEFT, THE LONG CHORD OF WHICH BEARS SOUTH 50°16' WEST 167.02 FEET; THEN THROUGH SAID CURVE LEFT FOR A ARC DISTRANCE OF 182.20 FEET; THEN SOUTH 0°16' WEST 88.11 FEET TO THE POINT OF BEGINNING.

is now and during the pendency of this action will be within the jurisdiction of this Court.

III.

Defendant, *in rem*, 63055 Coal Creek Road, Coos Bay, Coos County, State and District of Oregon, real property with buildings, appurtenances and improvements, represents real property that was used or intended to be used, in any manner or part, to commit, or to facilitate a transaction in violation of 21 U.S.C. § 801, *et. seq.*, and is forfeitable to the United States pursuant to the provisions of

21 U.S.C. § 881(a)(7), as more particularly set forth in the declaration of Ronald B. Phillips, Senior Financial Investigator, Drug Enforcement Administration marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, plaintiff, United States of America, prays that due process issue to enforce the forfeiture of defendant, *in rem*, real property commonly known as 63055 Coal Creek Road, Coos Bay, Coos County, State and District of Oregon, with buildings, appurtenances and improvements; that due notice be given to all interested persons to appear and show cause why forfeiture of this defendant, *in rem*, should not be decreed; that due proceedings be had thereon; that this defendant be forfeited to the United States; that the plaintiff United States of America be awarded its costs and disbursements incurred in this action.

Respectfully submitted this 7th day of November, 2012.

S. AMANDA MARSHALL
United States Attorney

*/s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney

## VERIFICATION

I, RONALD B. PHILLIPS, declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Senior Financial Investigator with the Drug Enforcement Administration and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*[signature]*
Ronald B. Phillips
Senior Financial Investigator
Drug Enforcement Administration